1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE PETER C. LEWIS)

11 UNITED STATES OF AMERICA,        ) CASE NO. 08MJ8557
                                   )
12        Plaintiff,                )
                                   )
13 v.                               )
                                   ) **NOTICE OF APPEARANCE**
14 MARTIN GONZALEZ-LOPEZ,           )
                                   )
15        Defendant.                )
   _____ )

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                              Respectfully submitted,

21

22 Dated: June 23, 2008                          /s/ *JENNIFER L. COON*
                                                Federal Defenders of San Diego, Inc.
23                                              Attorneys for Defendant
                                                Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 23, 2008                              /s/ *JENNIFER L. COON*
                                                                Federal Defenders of San Diego, Inc.
                                                                225 Broadway, Suite 900
                                                                San Diego, CA  92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                Jennifer_Coon@fd.org (email)